April 20, 2012

Mr. Craig A. Morgan
Attorney at Law
718 Sunfish
Austin, TX 78734-4410
Mr. Gregory D. Jordan
Law Offices of Gregory D. Jordan
5608 Parkcrest Drive, Suite 310
Austin, TX 78731

RE: Case Number: 10-0426
 Court of Appeals Number: 03-08-00626-CV
 Trial Court Number: C-1-CV-07-013578

Style: SAFESHRED, INC.
 v.
 LOUIS MARTINEZ, III

Dear Counsel:

 Today the Supreme Court of Texas issued an opinion in the above-
referenced cause. You may obtain a copy of the opinion at:
http://www.supreme.courts.state.tx.us/historical/recent.asp. If you would
like the opinion by email, please contact Claudia Jenks at
claudia.jenks@txcourts.gov or call (512)463-1312 ext. 41367.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosure
|cc:|Mr. Jeffrey D. Kyle |
| |Ms. Dana DeBeauvoir |
| |Ms. Linda Boston |
| |Schlueter |
| |Ms. Deborah J. La |
| |Fetra |